UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BASHIR IBRAHIM BASHIR ABDALRAHMAN — PETITIONER

VERSUS — CIVIL ACTION NO. 5:26-CV-248-DCB-RPM

WARDEN — RESPONDENT

**ORDER REQUIRING STATUS UPDATE**

This matter is before the Court on Petitioner Bashir Ibrahim Bashir Abdalrahman's [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. At the time the petition was filed on March 30, 2026, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi. He is a native and citizen of Sudan who arrived in the United States on or about December 13, 2024. On August 11, 2025, an Immigration Judge ordered Petitioner to be removed from the United States but granted withholding of removal; the removal order became administratively final on that date as both parties waived appeal. [1-1] at 7–10.

In the response to the petition on April 27, 2026, Respondent represented to the Court that Enforcement and Removal Operations had not received information that a removal had been scheduled but that the Department of Homeland Security was actively working on Petitioner's removal. [7-2] at 2. Thereafter, the Court entered an Order to Show Cause requiring further a response from Respondent considering *Zadvydas v. Davis*, 533 U.S. 678 (2001) and its progeny. [12]. In response, Respondent stated that Petitioner's immigration proceedings were reopened on September 11, 2026; therefore, Petitioner is no longer subject to a final removal order. [13]; [13-1]. And according to the Executive Office for Immigration Review's ("EOIR") website, an

Immigration Judge granted an application on September 30, 2026, and no appeal was filed. Therefore, under these circumstances, the Court requires a status update regarding Petitioner's immigration proceedings and his custody status.

IT IS THEREFORE ORDERED that, **on or before December 8, 2026**, Respondent shall file a response to this Order with a status update regarding Petitioner's immigration proceedings and his custody status.

SO ORDERED, this the 24th day of November 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE